UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,<br><br>　　　　　Movant,<br><br>　　v.<br><br>UNITED STATES HISPANIC CHAMBER OF COMMERCE FOUNDATION,<br><br>　　　　　Non-Movant. | **Miscellaneous Action 08-00077 (HHK)** |

**ORDER**

　　Before the court is the motion of the Chamber of Commerce of the United States ("U.S. Chamber") to quash the subpoena *duces tecum* that, according to the U.S. Chamber, was served on the U.S. – Mexico Chamber of Commerce by the United States Hispanic Chamber of Commerce ("Hispanic Chamber") in connection with litigation between the U.S. Chamber and the Hispanic Chamber before United States Patent and Trademark Office, Trademark Trial and Appeal Board.  The U.S. Chamber also seeks a ruling on its motion by February 22, 2008, the stated return date of the subpoena.

　　Upon consideration of the motion, the court concludes that to the extent the U.S. Chamber's motion seeks a ruling on its motion before the time that the rules of this court permit for the filing of an opposition to a motion, the request is **DENIED**.  The court notes that the U.S. Chamber did not move this court to shorten the time within which any opposition to the motion to quash would be due.

　　**SO ORDERED.**

February 21, 2008　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge